1  E. Patrick Ellisen (State Bar No. 142033)
   Stephen M. Lobbin (State Bar No. 181195)
2  Debra D. Nye (State Bar No. 226076)
   **FOLEY & LARDNER LLP**
3  1530 Page Mill Road
   Palo Alto, CA  94304-1125
4  Telephone:    650.856.3700
   Facsimile:    650.856.3710
5  E-mail:       pellisen@foley.com
                 slobbin@foley.com
6                dnye@foley.com

7  Attorneys for Plaintiff
   **PROTECTIVE OPTICS, INC.**
8

9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**
12
                **SAN FRANCISCO DIVISION**
13

14

15

16 | **PROTECTIVE OPTICS, INC.**, a California corporation, | ) Case No. CV 05-02732 CRB
17 |                      Plaintiff,  | ) **STIPULATION AND [PROPOSED] ORDER**
18 |          v.                      | ) **RESCHEDULING CASE MANAGEMENT**
   |                                  | ) **CONFERENCE AND RELATED DATES**
19 | **PANOPTX, INC.**, a California corporation, |
20 |                      Defendant.  |
21

IT IS HEREBY STIPULATED THAT, by and between the parties to the above-referenced action, the date for the Case Management Conference shall be rescheduled from October 7, 2005 to December 9, 2005.  This Stipulation is made so that the parties may finalize a settlement, which has been agreed to in principle, but has yet to be executed.  In addition, because of the impending settlement, the Defendant has not yet been served with the Summons and Complaint.  The parties hereto expect that a settlement agreement will be executed, and a dismissal filed, before December 9, 2005.

Therefore, the dates in this Court's Order Setting Initial Case Management Conference, filed July 7, 2005, shall be rescheduled as follows:

| Current Date | New Date | Event |
|---|---|---|
| 9/16/2005 | 11/18/2005 | Rule 26(f) Meeting; File Joint ADR Certification |
| 9/30/2005 | 12/2/2005 | File Case Mgmt. Statement and Rule 26(f) Report |
| 10/7/2005 | 12/9/2005 | Case Management Conference |

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  October 4, 2005

**FOLEY & LARDNER LLP**

/s/ Stephen M. Lobbin
Stephen M. Lobbin

Attorneys for Plaintiff
**PROTECTIVE OPTICS, INC.**

Dated:  October 4, 2005

/s/ Robert Hall
Robert Hall for Defendant **PANOPTX, INC.**

**ORDER**

IT IS SO ORDERED.



Dated:  __October 7__, 2005

Honorable Charles R. Breyer
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE
CASE NO. CV 05-02732 CRB

LACA_706528.1