E. Patrick Ellisen (State Bar No. 142033)
Stephen M. Lobbin (State Bar No. 181195)
Debra D. Nye (State Bar No. 226076)
**FOLEY & LARDNER LLP**
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:      650.856.3710
E-mail:          <pellisen@foley.com>
                     <slobbin@foley.com>
                     <dnye@foley.com>

Attorneys for Plaintiff
**PROTECTIVE OPTICS, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **PROTECTIVE OPTICS, INC.,** a California corporation, | ) Case No. CV 05-02732 CRB |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **RESCHEDULING CASE MANAGEMENT** |
| v. | ) **CONFERENCE AND RELATED DATES** |
| | ) |
| **PANOPTX, INC.,** a California corporation, | ) |
| | ) |
| Defendant. | ) |

1

LACA_706528.1

IT IS HEREBY STIPULATED THAT, by and between the parties to the above-referenced action, the date for the Case Management Conference shall be rescheduled from December 9, 2005 to February 17, 2006.  This Stipulation is made because the parties require additional time to finalize a settlement, which has been agreed to in principle, but has yet to be executed.  The parties expect that a settlement agreement will be executed, and a dismissal filed, before the Case Management Conference.

Therefore, the dates originally set in this Court's Order Setting Initial Case Management Conference, filed July 7, 2005, shall be rescheduled as follows:

| Current Date | New Date | Event |
|---|---|---|
| 11/2/2005 | 1/13/2006 | Last day to serve summons and complaint |
| 11/18/2005 | 1/27/2006 | Rule 26(f) Meeting; File Joint ADR Certification |
| 12/2/2005 | 2/10/2006 | File Case Mgmt. Statement & Rule 26(f) Report |
| 12/9/2005 | 2/17/2006 | Case Management Conference |

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  December 1, 2005

**FOLEY & LARDNER LLP**

/s/ Stephen M. Lobbin
Stephen M. Lobbin

Attorneys for Plaintiff
**PROTECTIVE OPTICS, INC.**

Dated:  December 1, 2005

/s/ Robert Hall
Robert Hall for Defendant **PANOPTX, INC.**

**ORDER**

IT IS SO ORDERED.

Dated:  _____December 02_____, 2005

_____
Honorable Ch
United States

APPROVED

Judge Charles R. Breyer

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE
CASE NO. CV-05-02732 CRB

LACA_706528.1