1  KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
2  MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, CA 94104
4  Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
5
6  Attorneys for Defendant PANOPTX, INC.
7
                       UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| PROTECTIVE OPTICS, INC., a California corporation, | Case No.: C05-02732 CRB |
|---|---|
| Plaintiff, | **DEFENDANT PANOPTX, INC.'S SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF FORMER COUNSEL** |
| v. | |
| PANOPTX, INC., a California corporation. | |
| Defendants. | |

On February 10, 2006, the law firm of Krieg, Keller, Sloan, Reilley & Roman LLP associated into this action as co-counsel to Stroock, Stroock & Lavan LLP, counsel of record for Defendant Panoptx, Inc. ("Panoptx"). Panoptx now hereby substitutes Krieg, Keller, Sloan, Reilley & Roman LLP as counsel of record in place of Stroock, Stroock & Lavan LLP, who is hereby withdrawn as counsel in this matter.

I hereby consent to the above substitution of counsel.

DATED: 5/9/06

By: _____
CAROLEE WILSON
Chief Financial Officer
Panoptx, Inc.

1

DEFENDANT PANOPTX, INC.'S SUBSTITUTION OF COUNSEL
CASE NO.: C05-02732 CRB

I accept this substitution.

DATED: 5/5/06

STROOCK, STROOCK & LAVAN LLP

By: /s/ Steven Pokotilow
STEVEN POKOTILOW
Attorneys for Defendant,
Panoptx, Inc.

I accept this substitution.

DATED: 5/9/06

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: /s/ Michael D. Lisi
MICHAEL D. LISI
Attorneys for Defendant,
Panoptx, Inc.

IT IS SO ORDERED:

DATED: May 12, 2006

THE HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

72247

DEFENDANT PANOPTX, INC.'S SUBSTITUTION OF COUNSEL
CASE NO.: C05-02732 CRB

2