1  KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
2  MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 249-8330
   Facsimile:  (415) 249-8333
5
6  Attorneys for Defendant PANOPTX, INC.
7
                   UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 PROTECTIVE OPTICS, INC., a California     Case No.:  C05-02732 CRB
   corporation,
11
                  Plaintiff,                 **STIPULATED REQUEST FOR LEAVE
12                                           FOR DEFENDANT PANOPTX, INC. TO
        v.                                   FILE AMENDED ANSWER AND FOR
13                                           WITHDRAWAL OF PLAINTIFF'S
   PANOPTX, INC., a California corporation,  PENDING MOTION TO STRIKE;
14                                           [~~PROPOSED~~ ORDER]**
                  Defendants.
15

Pursuant to Civil Local Rule 7-12, plaintiff Protective Optics, Inc. ("Protective Optics") and defendant Panoptx, Inc. ("Panoptx") stipulate as follows and respectfully request that the Court enter the following Proposed Order:

WHEREAS on March 13, 2006, Protective Optics filed an Amended Complaint in this action;

WHEREAS on April 10, 2006, Panoptx filed its Answer to Amended Complaint and Counterclaim;

WHEREAS on May 1, 2006, Protective Optics filed a Motion to Strike Defendant's Eight and Eleventh Affirmative Defenses;

WHEREAS Panoptx and Protective Optics have met and conferred on this issue, and Panoptx has agreed to withdraw its Eighth and Eleventh Affirmative Defenses without prejudice;

WHEREAS withdrawal of those affirmative defenses will render moot Protective Optics' pending Motion to Strike;

IT IS HEREBY STIPULATED AND AGREED THAT, subject to Court approval, Panoptx shall file an Amended Answer and Counterclaim, a copy of which is attached as Exhibit A, and Protective Optics previously filed Answer to Counterclaim shall be deemed its response to the Amended Answer and Counterclaim. It is further ordered that Plaintiff's pending Motion to Strike shall be taken off calendar as moot in light of the attached Amended Answer and Counterclaim.

Dated: May 19, 2006                     KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


                                        By: _____/s/_____
                                            Michael D. Lisi
                                            Attorneys for Defendant PANOPTX, INC.

STIPULATED REQUEST FOR LEAVE FOR DEFENDANT PANOPTX, INC. TO FILE AMENDED ANSWER AND FOR WITHDRAWAL OF PLAINTIFF'S PENDING MOTION TO STRIKE; [PROPOSED ORDER]
CASE NO.: C05-02732 CRB

1

| | |
|---|---|
| Dated: May 19, 2006 | FOLEY & LARDNER LLP |

By: _____/s/_____
Debra D. Nye
dnye@foley.com
FOLEY & LARDNER LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Plaintiff Protective Optics, Inc.

I hereby attest that I have been authorized by Debra D. Nye to execute on her behalf this Stipulated Request for Leave To File Amended Answer And For Withdrawal of Motion to Strike. Executed on this 19th day of May, 2006 at San Francisco, California.

_____/s/  Michael D. Lisi_____
MICHAEL D. LISI

70193

STIPULATED REQUEST FOR LEAVE FOR DEFENDANT PANOPTX, INC. TO FILE AMENDED ANSWER AND FOR WITHDRAWAL OF PLAINTIFF'S PENDING MOTION TO STRIKE; [PROPOSED ORDER]
CASE NO.: C05-02732 CRB

2

## [~~PROPOSED~~] ORDER

Having considered the Stipulated Request for Leave To File Amended Answer And For Withdrawal of Motion to Strike and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

1) Defendant Panoptx, Inc. is granted leave to file its Amended Answer and Counterclaim;

2) Plaintiff Protective Optics, Inc.'s previously filed Answer to Counterclaim and Affirmative Defenses shall be deemed its response to the Amended Answer and Counterclaim;

3) Plaintiff Protective Optics, Inc.'s Motion to Strike Defendant's Eight and Eleventh Affirmative Defenses is taken off calendar as moot in light of Defendant's Amended Answer and Counterclaim.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __May 24, 2006__, 2006



Hon. Charles R. Breyer
United States District Court Judge

3