E. Patrick Ellisen (State Bar No. 142033)
Stephen M. Lobbin (State Bar No. 181195)
Debra D. Nye (State Bar No. 226076)
**FOLEY & LARDNER LLP**
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:     650.856.3710

Attorneys for Plaintiff **PROTECTIVE OPTICS, INC.**

Kenneth E. Keller (State Bar No. 71450)
Michael D. Lisi (State Bar No. 196974)
**KRIEG, KELLER, SLOAN, REILLY & ROMAN LLP**
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:     415.249.8330
Facsimile:     415.249.8333

Attorneys for Defendant **PANOPTX, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **PROTECTIVE OPTICS, INC.,** a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> **PANOPTX, INC.,** a California corporation, <br><br> Defendant. | Case No. CV 05-02732 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR CLAIM CONSTRUCTION DISCLOSURES AND DISCOVERY UNDER LOCAL PATENT RULES** |

1

STIP & [PROPOSED] ORDER EXTENDING DATES RE
CLAIM CONSTR. DISCLOSURES & DISCOVERY
CASE NO. CV 05-02732 CRB

LACA_743731.1

1  Pursuant to Rules 7-11 and 7-12 of the Civil Local Rules of the Northern District of California, the parties hereby stipulate and respectfully request that this Court enter an Order extending certain deadlines related to the parties' disclosures and discovery for patent claim construction issues. This Stipulation is made because the parties require additional time to prepare their disclosures and conduct discovery related to claim construction. This extension does not affect the deadlines for submission of the parties' claim construction briefs or the September 7, 2006 date for the Claim Construction Hearing.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties and subject to this Court's approval, that the dates originally set under the Local Patent Rules shall be extended as follows:

| CURRENT DATE | REVISED DATE | EVENT |
|---|---|---|
| 6/12/06 | 7/7/06 | Exchange of Preliminary Claim Construction and Extrinsic Evidence (PLR 4-2) |
| 6/16/06 | 7/14/06 | Joint Claim Construction and Prehearing Statement (PLR 4-3) |
| 7/17/06 | 7/31/06 | Claim Construction Discovery Cutoff (PLR 4-4) |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 9, 2006   **FOLEY & LARDNER LLP**

/s/ Stephen M. Lobbin
Stephen M. Lobbin

Attorneys for Plaintiff **PROTECTIVE OPTICS, INC.**

Dated: June 9, 2006   **KRIEG, KELLER, SLOAN, REILLY & ROMAN LLP**

/s/ Michael D. Lisi
Michael D. Lisi

Attorneys for Defendant **PANOPTX, INC.**

**ORDER**

IT IS SO ORDERED.

Dated: _____June 13_____, 2006

_____
Hon[orable]
Unite[d]                Judge Charles R. Breyer

IT IS SO ORDERED