1 | E. PATRICK ELLISEN (SBN 142033)
2 | GREENBERG TRAURIG, LLP
  | 1900 University, Avenue, 5th Floor
  | East Palo Alto, CA 94303-1125
3 | ellisenp@gtlaw.com
  | Telephone:   650.328.8500
4 | Facsimile:   650.328.8508

5 | Attorneys for Plaintiff Protective Optics, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTECTIVE OPTICS, INC. | Case No: CV 05-02732 CRB |
| Plaintiff, | **ORDER FOR SUBSTITUTION OF COUNSEL** |
| vs. | |
| PANOPTX, INC. | Judge: Charles R. Breyer |
| Defendant. | |

Plaintiff's Motion for Substitution of Counsel is hereby GRANTED.

It is therefore ORDERED that E. Patrick Ellisen of Greenberg Traurig, LLP is substituted as counsel of record for Plaintiff Protective Optics, Inc.

SIGNED this _7th_ day of June 2006.

_____
Judge: Charles R. Breyer
U. S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

ORDER RE SUBSTITUTION OF COUNSEL
Case No. CV 05-02732 CRB

1