E. Patrick Ellisen, CA Bar No. 142033
ellisenp@gtlaw.com
Daniel T. McCloskey, CA Bar No. 191944
mccloskeyd@gtlaw.com
**GREENBERG TRAURIG LLP**
1900 University Avenue 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Brian A. Carpenter, *pro hac vice*
carpenterb@gtlaw.com
**GREENBERG TRAURIG LLP**
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Attorneys for Plaintiff and Cross-Defendant,
**PROTECTIVE OPTICS, INC.**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **PROTECTIVE OPTICS, INC.,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**PANOPTX, INC**., a California corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | CASE NO. C05-02732 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PROTECTIVE OPTICS TO SUBMIT ITS FINAL INFRINGEMENT CONTENTIONS**<br><br>Judge:  Hon. Charles R. Breyer<br>[No Trial Date Set] |

In connection with and in support of the Miscellaneous Administrative Request To Extend The Deadline For Protective Optics To Submit Its Final Infringement Contentions which Request is filed concurrently herewith and pursuant to Civil L.R. 7-11 and 7-12**,** Plaintiff and Cross-Defendant Protective Optics, Inc. and Defendant and Cross-Complainant Panoptx, Inc. (collectively, the "Parties"), by and through their undersigned attorneys, state and agree as follows:

Whereas, the date currently set under Local Patent Rule 3-6 for Protective Optics to submit its final infringement contentions is November 22, 2006;

Whereas, Protective Optics has served Panoptx with discovery requests designed to obtain documents and information which are necessary to determine, among other things, whether additional and further infringement contentions are warranted beyond those made in Protective Optics' preliminary contentions;

Whereas, although the initial responses to those requests were not adequate in Protective Optics' view, counsel for the parties have met and conferred concerning the discovery responses. As a result of these discussions, Panoptx has agreed to supplement certain discovery responses and to produce additional documents by the week of November 20, 2006, either immediately before or after Protective Optics' current deadline to provide its final infringement contentions;

Whereas, to allow sufficient time to review the anticipated further discovery responses and documents to determine whether supplementation of its current infringement contentions is warranted, Protective Optics requests that the Court extend the current deadline to submit final infringement contentions to January 8, 2007;

Whereas, this extension will not unduly burden any party nor cause a delay in the trial of this case, which, as of the date of this request, has not yet been scheduled;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to Court approval, as follows:

1.   The deadline for Protective Optics to submit its final infringement contentions is extended from November 22, 2006, to and including January 8, 2007.

Respectfully Submitted,

DATED: November 14, 2006                GREENBERG TAURIG, LLP


By: _____/s/_____
         E. Patrick Ellisen

Attorneys for Plaintiff and Cross-Defendant,
PROTECTIVE OPTICS, INC

1  DATED: November 14, 2006                KRIEG, KELLER, SLOAN, REILLEY &
2                                          ROMAN, LLP
3
4
                                           By:      /s/
5                                                Michael Lisi
6                                          Attorneys for Defendant and Cross-Complainant,
                                           PANOPTX, INC.
7
8      I hereby attest that I have on file all holograph signatures for any signatures indicated by a
9  "conformed" signature (/S/) within this e-filed document.
10
11 Dated: November 14, 2006                 By:    /s/
                                                 E. Patrick Ellisen
12
13
14 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
15
16
17 Dated:  November 17, 2006
18                                         HON. CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE
19
                                           IT IS SO ORDERED
20                                         Judge Charles R. Breyer
21
22
23
24
25
26
27
28
                                               3
STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PROTECTIVE OPTICS TO SUBMIT
          ITS FINAL INFRINGEMENT CONTENTIONS, Case No. C05-02732 CRB