KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendant and
Cross-Complainant PANOPTX, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE OPTICS, INC., a California corporation, | Case No.:  C05-02732 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR DEFENDANT PANOPTX TO SUBMIT ITS FINAL INVALIDITY CONTENTIONS** |
| v. | |
| PANOPTX, INC., a California corporation, | |
| Defendants. | |
| | **Dept:   Courtroom 8, 19th Floor** |
| | **Judge:  Hon. Charles R. Breyer** |
| AND RELATED CROSS-ACTION | |

Pursuant to Civil Local Rules 6-2 and 7-12, defendant Panoptx, Inc. ("Panoptx") and plaintiff Protective Optics, Inc. ("Protective Optics") stipulate as follows and respectfully request that the Court enter the following Proposed Order:

WHEREAS on October 23, 2006, the Court issued its Claim Construction Order;

WHEREAS, under Local Patent Rule 3-6, the last day for Protective Optics to submit its final infringement contentions was November 22, 2006, and the last day for Panoptx to submit its final invalidity contentions is December 12, 2006

WHEREAS on November 14, 2006, the parties submitted a Stipulation and Proposed Order asking the Court to extend the deadline for Protective Optics to submit its final infringement contentions;

WHEREAS on November 17, 2006, the Court entered that Order and extended the deadline for Protective Optics' final infringement contentions until January 8, 2007;

WHEREAS under Patent Local Rule 3-6, the defendant's final invalidity contentions are ordinarily due 20 days after the filing of plaintiff's final infringement contentions;

WHEREAS, this extension will not unduly burden any party nor cause a delay in the trial of this case, which, as of the date of this request, has not yet been scheduled;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to Court approval, as follows:

1.  The deadline for Panoptx to submit its final invalidity contentions is extended from December 12, 2006, to and including January 26, 2007.


Dated:  December 8, 2006                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP



                                            By: _____/s/_____
                                                 Michael D. Lisi
                                                 Attorneys for Defendant PANOPTX, INC.

1

Dated:  December 8, 2006                    GREENBERG TRAURIG, LLP


By: _____/s/_____
                    Daniel T. McCloskey
                    Attorneys for Plaintiff and Cross-Defendant,
                    PROTECTIVE OPTICS, INC


I hereby attest that I have been authorized by Daniel T. McCloskey to execute on his behalf this Stipulation and [Proposed] Order Extending the Deadline for Defendant Panoptx to Submit its Final Invalidity Contentions.

Executed on this 8th day of December, 2006 at San Francisco, California.


_____/s/  Michael D. Lisi_____
                    MICHAEL D. LISI


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  December 13, 2006   _____
                    HON. CHARLES R. BREYER
                    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR
DEFENDANT PANOPTX TO SUBMIT ITS FINAL INVALIDITY CONTENTIONS
CASE NO.: C05-02732 CRB