E. Patrick Ellisen, CA Bar No. 142033
ellisenp@gtlaw.com
Daniel T. McCloskey, CA Bar No. 191944
mccloskeyd@gtlaw.com
Jong P. Hong, CA Bar No. 225785 rr  seee try it with the touch up tool
hongj@gtlaw.com
**GREENBERG TRAURIG LLP**
1900 University Avenue 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Brian A. Carpenter, *pro hac vice*
carpenterb@gtlaw.com
**GREENBERG TRAURIG LLP**
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Attorneys for Plaintiff and Cross-Defendant,
**PROTECTIVE OPTICS, INC.**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **PROTECTIVE OPTICS, INC.,** a California corporation<br><br>Plaintiff, see  I fixed it<br><br>v.<br><br>**PANOPTX INC.,** a California corporation<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.   C05-02732 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PROTECTIVE OPTICS, INC. TO SERVE ITS AMENDED FINAL INFRINGEMENT CONTENTIONS**<br><br>Judge: Hon. Charles R. Breyer<br>[No Trial Date Set] |

In connection with and in support of the Miscellaneous Administrative Request For Leave To Amend Its Final Infringement Contentions which is filed concurrently herewith and pursuant to Patent L.R. 3-7, and Civil L.R. 7-11 and 7-12, Plaintiff and Cross-Defendant Protective Optics, Inc.

1  and Defendant and Cross-Complainant Panoptx, Inc. (collectively, the "Parties"), by and through
2  their undersigned attorneys, state and agree as follows:
3        Whereas, on November 17, 2006, the Court entered an Order extending the deadline for
4  Protective Optics' final infringement contentions until January 8, 2007;
5        Whereas, Protective Optics served its final infringement contentions on January 8, 2007;
6        Whereas, the identification of certain Protective Optics products that practice the claimed
7  invention under Patent Local Rule 3-1(f) was inadvertently not included in its Final Infringement
8  Contentions;
9        Whereas, Protective Optics requests that the Court, for good cause, enter an order permitting
10 Protective Optics to serve its amended final infringement contentions by January 19, 2007;
11       Whereas, Protective Optics' Amended Final Infringement Contentions will not unduly burden
12 any party nor cause a delay in the trial of this case;
13       NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to
14 Court approval, as follows:
15       1.    Protective Optics shall serve its amended final infringement contentions not later
16 than January 19, 2007.
17 DATED: January 17, 2007.            GREENBERG TRAURIG, LLP

                      By /s/ E. Patrick Ellisen
                          E. Patrick Ellisen
                          Dan McCloskey
                          Jong P. Hong

                          Attorneys for Plaintiff and Cross-Defendant,
                          **PROTECTIVE OPTICS, INC.**

| | |
|---|---|
| DATED: January 17, 2007 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP |
| | By:  /s/  Michael Lisi<br>        Michael Lisi |
| | Attorneys for Defendant and Cross-Complainant,<br>**PANOPTX, INC.** |

I, E. Patrick Ellisen, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Granting Leave for Protective Optics, Inc. to Serve Its Amended Final Infringement Contentions. In compliance with General Order 45, X.B., I hereby attest that Michael Lisi has concurred in this filing.

Dated: January 17, 2007            By:  /s/  E. Patrick Ellisen
                                                    E. Patrick Ellisen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:   January 19, 2007

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer