E. Patrick Ellisen, CA Bar No. 142033
ellisenp@gtlaw.com
Daniel T. McCloskey, CA Bar No. 191944
mccloskeyd@gtlaw.com
**GREENBERG TRAURIG LLP**
1900 University Avenue 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Brian A. Carpenter, *pro hac vice*
carpenterb@gtlaw.com
**GREENBERG TRAURIG LLP**
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Attorneys for Plaintiff and Cross-Defendant,
**PROTECTIVE OPTICS, INC.**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **PROTECTIVE OPTICS, INC.,** a California corporation<br><br>Plaintiff,<br><br>v.<br><br>**PANOPTX INC.,** a California corporation<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.   C05-02732 CRB (EDL)<br><br>**[PROPOSED] ORDER RE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

PROPOSED ORDER RE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5
Case No.  C05-02732 CRB (EDL)

1  This Court, having considered Protective Optic's Motion to to File Documents Under Seal Pursuant to Civil Local Rule 75-9, and finding good cause therefore,

IT IS HEREBY ORDERED that:

 1. The Motion to File Documents Under Seal Pursuant to Civil Local Rule 75-9 is GRANTED;

 2. Protective Optic's Reply in Support of Motion to Compel shall be filed under seal; and.

 3. Exhibit A to the Declaration of Jong P. Hong in Support of Reply to Motion to Compel shall be filed under seal.

Date: January 31, 2007

GRANTED
Judge Elizabeth D. Laporte

Magistrate Judge Elizabeth D. Laporte