E. Patrick Ellisen, CA Bar No. 142033
ellisenp@gtlaw.com
Daniel T. McCloskey, CA Bar No. 191944
mccloskeyd@gtlaw.com
**GREENBERG TRAURIG LLP**
1900 University Avenue 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Brian A. Carpenter, *pro hac vice*
carpenterb@gtlaw.com
**GREENBERG TRAURIG LLP**
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Attorneys for Plaintiff and Cross-Defendant,
**PROTECTIVE OPTICS, INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PROTECTIVE OPTICS, INC.,** a California corporation<br><br>Plaintiff,<br><br>v.<br><br>**PANOPTX INC.,** a California corporation<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.   C05-02732 CRB (EDL)<br><br>**ORDER GRANTING IN PART PROTECTIVE OPTICS' MOTION TO COMPEL**<br><br>Date:         January 30, 2007<br>Time:        9:00 a.m.<br>Courtroom: E, 15th Floor<br>Before:      Hon. Magistrate Judge Laporte |

Plaintiff and Cross-Defendant Protective Optics, Inc.'s Motion to Compel Panoptx to Produce Documents in Accordance with Document Requests ("Motion to Compel") came on for hearing on notice duly given on January 30, 2007, at 9:00 a.m. in Courtroom E before the Honorable Magistrate Judge Laporte.  Daniel T. McCloskey appeared on behalf of Protective Optics.  Michael D. Lisi appeared on behalf of Defendant and Cross-Complainant Panoptx, Inc.  Having considered the briefings on file submitted by the parties and the oral argument of counsel, and finding good cause therefore, the Court hereby GRANTS IN PART Protective Optics' Motion to Compel and Orders as follows:

1.  Not later than February 8, 2007, Panoptx is to produce to Protective Optics all documents responsive to Requests for Production Nos. 1, 3, 4, 7, 10, 12, 13, 14, 15, 20, 22, 26 and 29-32, and to Interrogatory No. 15 to the extent that Panoptx intends to serve documents to answer that interrogatory under Federal Rule of Civil Procedure 33(d).

2.  Not later than February 8, 2007, Panoptx is to serve Protective Optics with a declaration from the person(s) most knowledgeable at Panoptx describing in detail the search undertaken for responsive documents and affirming that the documents that have been produced to date are all of the documents within Panoptx's possession, custody or control responsive to the foregoing requests.  This declaration shall state that Panoptx has produced all such materials so described that are locatable after a diligent search of all locations at which such materials might plausibly exist.

3.  Panoptx's objections to Request for Production No. 25 are overruled, except with respect to its objection that the request for information concerning potential suppliers is overbroad, which objection is sustained.  Not later than February 7, 2007, Panoptx shall serve a further written response to Request for Production No. 25 with respect to actual, and not potential suppliers.  Panoptx is ordered to produce documents sufficient to identify all actual suppliers or providers to Panoptx of products, devices, components or services related to the accused eyewear products not later than February 21, 2007.

4.  Panoptx's objections to Request for Production Nos. 28 and 33 are overruled, except to the extent that Panoptx is able to establish upon proper motion the overbreadth of the responsive

1

1   documents.  Panoptx is to serve an amended written response to these requests not later than February
2   7, 2007.
3       5.   Panoptx's objections to Request for Production No. 34 are overruled.  Panoptx is to
4   provide a full and complete written response not later than February 7, 2006, and to produce all
5   responsive documents, if any, within its possession, custody or control not later than February 21,
6   2007.
7       6.   Panoptx's objections to Request Nos. 44, 45, 48 and 49, based on overbreadth are
8   sustained.  Based on the parties' meet and confer, these discovery requests are modified as set forth
9   below.  Not later than February 7, 2007, Panoptx is to serve a full and complete written response to the
10  requests as modified.  Panoptx shall produce all responsive documents within its possession, custody
11  or control, not later than February 21, 2007:

- Request for Production No. 44: All documents related to or reflecting any communications between Panoptx and any agent, employee, representative or member of the United States military relating to the sale of Panoptx's products to the United States military.
- Request for Production No. 45: All documents relating to any person identified in your response to Interrogatory No. 1 served herewith, and concerning the accused eyewear products, and/or Protective Optics' technologies, intellectual property, products or patents.
- Request for Production No. 48: All documents relating to any person identified in your response to Interrogatory No. 11 served herewith, and concerning the accused eyewear products, and/or Protective Optics' technologies, intellectual property, products or patents.
- Request for Production No. 49: All documents relating to any person identified in your response to Interrogatory No. 17 served herewith, and concerning the accused eyewear products, and/or Protective Optics' technologies, intellectual property, products or patents.

24      7.   The parties agree that for the purposes of these discovery requests, the accused eyewear
25  products shall mean the products identified in Protective Optics' Amended Final Infringement
26  Contentions.
27      8.   Panoptx's objections to Interrogatory Nos. 10 and 15 are overruled.  Panoptx is
28  ordered to serve full and complete written responses to Interrogatory Nos. 10 and 15 not later than

1  February 7, 2007.  With respect to Interrogatory No. 15, Panoptx is ordered to produce all documents
2  upon which it intends to rely under Federal Rule of Civil Procedure 33(d) not later than February 21,
3  2007.
4      9.    Not later than February 7, 2007, Protective Optics shall return to Panoptx any and all
5  originals and copies of the document submitted under seal as Exhibit A to the Declaration of Jong P.
6  Hong in Support of Reply to Motion to Compel.

8  **IT IS SO ORDERED**:

10  Dated: February 6, 2007        By: _____
11                            HON. MAGISTRATE JUDGE LAPORTE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*