1  E. Patrick Ellisen, CA Bar No. 142033
   ellisenp@gtlaw.com
2  Daniel T. McCloskey, CA Bar No. 191944
   mccloskeyd@gtlaw.com
3  **GREENBERG TRAURIG LLP**
   1900 University Avenue 5th Floor
4  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508

6  Brian A. Carpenter, *pro hac vice*
   carpenterb@gtlaw.com
7  **GREENBERG TRAURIG LLP**
   1200 17th Street, Suite 2400
8  Denver, CO 80202
   Telephone: (303) 572-6500
9  Facsimile: (303) 572-6540

10 Attorneys for Plaintiff and Counterclaim-Defendant,
   **PROTECTIVE OPTICS, INC.**

11

12              **UNITED STATES DISTRICT COURT**

13         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                 **SAN FRANCISCO DIVISION**

15

16 **PROTECTIVE OPTICS, INC.,**          Case No.   C05-02732 CRB
   a California corporation
17
                  Plaintiff,             **STIPULATION AND [PROPOSED] ORDER**
18                                       **TO CONSOLIDATE AND SET HEARING ON**
   v.                                    **PARTIES' SUMMARY JUDGMENT**
19                                       **MOTIONS FOR JUNE 15, 2007**
   **PANOPTX INC.,**
20 a California corporation              Courtroom:   8, 19th Floor
                                         Before:      Hon. Charles R. Breyer
21                Defendant.
                                         [Trial Date: August 6, 2007]
22

23
   ───────────────────────────
24 AND RELATED CROSS-ACTION

25

26

27

28

1   Plaintiff and Counterclaim-Defendant Protective Optics, Inc. and Defendant and

2   Counterclaimant Panoptx, Inc. (collectively, the "Parties"), by and through their undersigned

3   attorneys, state and agree as follows:

4   Whereas, on April 2, 2007, Protective Optics filed a Motion for Partial Summary Judgment of

5   Infringement which was previously set for May 18, 2007 [Docket No. 125];

6   Whereas, on April 27, 2007, Panoptx filed a Motion for Partial Summary Judgment of Patent

7   Invalidity for Failure to Comply With the Enablement Requirement which is set for hearing on June

8   1, 2007 [Docket No. 145];

9   Whereas, on May 11, 2007, Protective Optics filed a Motion for Partial Summary Judgment

10   on Panoptx's Seventh Affirmative Defense for Patent Invalidity Under 35 U.S.C. §112 which is set

11   for hearing on June 15, 2007 [Docket No. 163];

12   Whereas, on May 14, 2007, this Court, *sua sponte*, rescheduled Protective Optics' Motion for

13   Partial Summary Judgment of Infringement for June 1, 2007, at 10:00 a.m., the same date and time as

14   Panoptx's Motion for Partial Summary Judgment of Patent Invalidity for Failure to Comply with the

15   Enablement Requirement [Docket No. 165];

16   Whereas, given the similarity of issues and the common interest in efficiently using the

17   Court's and the Parties' resources, the Parties agree that all three summary judgment motions should

18   be scheduled for the same date and time and heard on June 15, 2007, at 10:00 a.m., the date on which

19   Protective Optics' Motion for Partial Summary Judgment on Panoptx's Seventh Affirmative Defense

20   for Patent Invalidity Under 35 U.S.C. §112 is currently scheduled to be heard;

21   NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to

22   Court approval, as follows, that:

23   1.   the hearings on Protective Optics' Motion for Partial Summary Judgment of

24   Infringement and Panoptx's Motion for Partial Summary Judgment of Patent

25   Invalidity for Failure to Comply with the Enablement Requirement shall be

26   continued and rescheduled for June 15, 2007, at 10:00 a.m. in Courtroom 8;

27

28

1

1    DATED:  May 21, 2007              GREENBERG TRAURIG, LLP

2

3                                      By: /s/ Daniel T. McCloskey
                                          Daniel T. McCloskey
4

5                                      Attorneys for Plaintiff and Counterclaim-
                                       Defendant,
6                                      **PROTECTIVE OPTICS, INC.**

7

8    DATED: May 21, 2007               KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP

9

10                                     By: _____/s/_____
                                          Michael D. Lisi
11
                                       Attorneys for Defendant and Counterclaimant,
12                                     **PANOPTX, INC.**

13

14        I, Daniel T. McCloskey, am the ECF User whose ID and password are being used to file this

15   Stipulation and [Proposed] Order to Consolidate and Set Hearing On Parties' Summary Judgment

16   Motions for June 15, 2007.  In compliance with General Order 45, X.B., I hereby attest that Michael

17   D. Lisi has concurred in this filing.

18

19   Dated: May 21, 2007               By: ___/s/  Daniel T. McCloskey_____
                                          Daniel T. McCloskey
20

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23   Dated: __ May 21, 2007 _____   _____
                                         HON. CHARLES R. BREYER
24                                       UNITED STATES DISTRICT JUDGE

25

26

27

28
                                            2