KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendant and
Cross-Complainant PANOPTX, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE OPTICS, INC., a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>PANOPTX, INC., a California corporation,<br><br>           Defendants. | Case No.:  C05-02732 CRB (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR EXPERT DISCLOSURES AND REPORTS** |
| AND RELATED CROSS-ACTION | |

1    Plaintiff and Counterclaim-Defendant Protective Optics, Inc. ("Protective Optics") and
2 Defendant and Counterclaimant Panoptx, Inc. ("Panoptx"), by and through their undersigned
3 counsel, state and agree as follows:
4    WHEREAS, the parties have previously stipulated that with respect to those issues on which
5 the party has the burden of proof, expert disclosures and reports would be due on May 8, 2007,
6 responsive reports would be due on June 7, 2007, and the parties would simultaneously exchange
7 rebuttal reports on June 21, 2007;
8    WHEREAS the parties further stipulated that, in light of the illness of Protective Optics'
9 industry expert Kenneth Frederick, the parties would modify that schedule to permit Protective
10 Optics to disclose an industry expert and to serve a corresponding report relating to trade secret
11 misappropriation, willful infringement, secondary considerations of non-obviousness and market
12 definition in this action by no later than June 7, 2007, and that Defendant Panoptx would have forty-
13 five (45) days from June 7, 2007 (until July 22) to disclose a corresponding industry expert and
14 serve a report in rebuttal to the opinions offered by Protective Optics' industry expert;
15    WHEREAS, because of the scheduling of various depositions, the parties have further agreed
16 to extend by fifteen days the deadlines for the submissions of the remaining expert reports such that
17 responsive expert reports and Protective Optics' industry expert report will be due no later than June
18 22, 2007; the parties will simultaneously exchange rebuttal reports on July 6, 2007; and Panoptx's
19 rebuttal report in response to Protective Optics' industry expert's report will be due no later than
20 August 6, 2007;
21    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties to this action,
22 by and through their respective counsel of record, and subject to the approval of the Court, that the
23 deadlines for the submissions of responsive expert reports and Protective Optics' industry expert
24 report is extended until June 22, 2007; the deadline for the parties' simultaneous exchange of expert
25 rebuttal reports is extended until July 6, 2007; and that the deadline for Panoptx to disclose an expert
26 and serve a corresponding report in rebuttal of Protective Optics' industry expert's report is
27 extended until August 6, 2007.
28

2

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE
FOR EXPERT DISCLOSURES AND REPORTS
CASE NO.: C05-02732 CRB

**IT IS SO STIPULATED.**

Dated: May 25, 2007                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
MICHAEL D. LISI
Attorneys for Defendant and Cross-Complainant
PANOPTX, INC.

Dated: May 25, 2007                GREENBERG TRAURIG LLP


By: _____/s/_____
DANIEL T. McCLOSKEY
Attorneys for Plaintiff and Counterclaim-Defendant
PROTECTIVE OPTICS, INC.

I hereby attest that I have been authorized by Daniel T. McCloskey to execute on his behalf this Stipulation to Modify the Schedule for Expert Disclosures and Reports.

Executed on this 25th day of May, 2007 at San Francisco, California.


By: _____/s/_____
MICHAEL D. LISI

**IT IS SO ORDERED.**

Dated: __May 29, 2007_____        _____
THE HONORABLE JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT J

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

80115v2

---

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE
FOR EXPERT DISCLOSURES AND REPORTS
CASE NO.: C05-02732 CRB

3