E. Patrick Ellisen, CA Bar No. 142033
ellisenp@gtlaw.com
Daniel T. McCloskey, CA Bar No. 191944
mccloskeyd@gtlaw.com
**GREENBERG TRAURIG LLP**
1900 University Avenue 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Brian A. Carpenter, *pro hac vice*
carpenterb@gtlaw.com
**GREENBERG TRAURIG LLP**
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Attorneys for Plaintiff and Counterclaim-Defendant,
**PROTECTIVE OPTICS, INC.**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**PROTECTIVE OPTICS, INC.,**
a California corporation

Plaintiff,

v.

**PANOPTX INC.,**
a California corporation

Defendant.

AND RELATED CROSS-ACTION

Case No. C05-02732 CRB

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO FURTHER EXTEND PARTIES' DEADLINES TO FILE BRIEFS FOR SUMMARY JUDGMENT MOTION AND SANCTIONS MOTION**

Courtroom: 8, 19th Floor
Before: Hon. Charles R. Breyer

[Trial Date: August 6, 2007]

Plaintiff and Counterclaim-Defendant Protective Optics, Inc. and Defendant and Counterclaimant Panoptx, Inc. (collectively, the "Parties"), by and through their undersigned attorneys, state and agree as follows:

Whereas, under previous stipulated order, Protective's Reply brief in support of its Motion for Partial Summary Judgment on Panoptx's Seventh Affirmative Defense for Patent Invalidity Under 35 U.S.C. §112 [Docket No. 163] ("Summary Judgment Motion"), set for hearing on June 15, 2007, is currently due to be filed not later than June 5, 2007;

Whereas, under previous stipulated order, Panoptx's Opposition to Protective's Motion for Sanctions Against Panoptx for Violations of this Court's February 6 and March 30 Orders Compelling Discovery [Docket No. 168] ("Sanctions Motion"), set for hearing on June 22, 2007, is currently due to be filed not later than June 5, 2007, and Protective's Reply brief is due to be filed not later than June 12, 2007;

Whereas, the Parties have reached a tentative settlement and will be before Judge Chen on June 6, 2007 to enter the settlement on the record;

Whereas, given the tentative settlement, the Parties agree that the due date for Protective's Reply in support of its Summary Judgment Motion and for Panoptx's Opposition to the Sanctions Motion should be extended to June 12, 2007, and that Protective's Reply brief in support of its Sanctions Motion should be extended to June 19, 2007;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to Court approval, as follows, that:

1. the due date for Protective's Reply in support of its Summary Judgment Motion and for Panoptx's Opposition to the Sanctions Motion should be extended to June 12, 2007, and that Protective's Reply brief in support of its Sanctions Motion should be extended to June 19, 2007.

///

///

///

///

DATED: June 5, 2007

GREENBERG TRAURIG, LLP

By: /s/ Daniel T. McCloskey
Daniel T. McCloskey

Attorneys for Plaintiff and Counterclaim-Defendant,
**PROTECTIVE OPTICS, INC.**

DATED: June 5, 2007

KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP

By: /s/
Michael D. Lisi

Attorneys for Defendant and Counterclaimant,
**PANOPTX, INC.**

I, Daniel T. McCloskey, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Stipulation And [Proposed] Order To Further Extend Parties' Deadlines To File Briefs For Summary Judgment Motion And Sanctions Motion. In compliance with General Order 45, X.B., I hereby attest that Michael D. Lisi has concurred in this filing.

Dated: June 5, 2007

By: /s/ Daniel T. McCloskey
Daniel T. McCloskey

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____________________________

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Charles R. Breyer

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE